FILED
2021 Mar-11 PM 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **Nopazzo Hines** | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION CASE NUMBER:** |
| **Lincoln Life Assurance Company of Boston** | **2:21-cv-366-JHE** |
| **Defendant,** | |

**Summons in a Civil Action**

To: *(Defendant name and address)*

**Lincoln Life Assurance Company of Boston**
**641 South Lawrence Street**
**Montgomery, AL 36104**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff:

**Miles Clayborn Williams**
**P.O. Box 20087**
**Tuscaloosa, AL 35402-0087**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3/11/2021

SHARON N. HARRIS, CLERK

By: [signature]
Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203