FILED
2021 Mar-19 PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Life
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 6187 0220 4878 87

2. Article Number *(Transfer from service label)*

7020 1810 0002 0024 8485

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by *(Printed Name)* [illegible]

C. Date of Delivery 3-15-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 MAR 19 A 11:04

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
ail
all Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery