FILED
2021 Apr-05 PM 01:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| NOPAZZO HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 2:21-CV-00366-JHE |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ADMISSION PRO HAC VICE OF IWANA RADEMAEKERS AND DESIGNATION OF LOCAL COUNSEL ON BEHALF OF LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

The undersigned, on behalf of Defendant Lincoln Life Assurance Company of Boston, requests admission pro hac vice of Iwana Rademaekers to appear specially in this Court in the above-referenced cause. This motion is brought pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama. Grounds for this motion are as follows:

1. Iwana Rademaekers resides at 2012 Clubview, Amarillo, Texas 79124, and is an attorney practicing with The Law Offices of Iwana Rademaekers, P.C., 17304 Preston Road, Suite 800, Dallas, Texas 75252. Her telephone number is: (214) 579-9319; Fax: (469) 444-6456; Email: iwana@rademaekerslaw.com. She is a member in good standing of the State Bar of Texas and is admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| State of Texas | 05/06/1988 |
| U.S.D.C., Northern District of Texas | 11/07/1988 |
| U.S.D.C., Eastern District of Texas | 05/21/1998 |
| U.S.D.C., Western District of Texas | 09/02/1998 |
| U.S.D.C., Southern District of Texas | 09/11/1998 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 |
| U.S.D.C., Western District of Arkansas | 05/22/1998 |
| U.S.D.C. District of Colorado | 01/14/2002 |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 |
| U.S.D.C., Western District of Tennessee | 12/02/2019 |
| U.S.D.C., District of North Dakota | 01/02/2020 |
| U.S.D.C., District of New Mexico | 07/31/2020 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 |
| U.S. Court of Appeals for the Tenth Circuit | 08/05/2002 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 |

2. Ms. Rademaekers is familiar with the Local Rules for the Northern District of Alabama and the Alabama Rules of Professional Conduct. She has read and understands the Alabama State Bar Code of Professional Courtesy and the Lawyer’s Creed, and this Court’s CM/ECF requirements.

3. As required by Local Rule 83.1(b), enclosed is a Certificate of Good Standing for Ms. Rademaekers from the Supreme Court of Texas attached as **Exhibit A.**

4. Pursuant to Local Rule 83.1(b)(2), Iwana Rademaekers designates as local counsel Matthew W. Robinett (ASB-3523-I72M) of Norman, Wood, Kendrick & Turner in Birmingham, Alabama, an attorney who has been admitted

to the bar of this Court, who consents to this designation as evidenced below, upon whom papers may be served in this matter, and who has already entered an appearance in this case on behalf of Defendant, Lincoln Life Assurance Company of Boston. Mr. Robinett will also represent Lincoln Life Assurance Company of Boston and the Court and opposing counsel may readily communicate with Mr. Robinett regarding this matter. By signing this motion, Mr. Robinett consents to this designation. Mr. Robinett's address, telephone number, fax number, and email address are listed below in his signature block.

WHEREFORE, Lincoln Life Assurance Company of Boston prays this Motion be granted and this Court issue an Order admitting Ms. Iwana Rademaekers as counsel *pro hac vice* for Lincoln Life Assurance Company of Boston.

DATED: April 5, 2021.

Respectfully submitted,

s/Matthew W. Robinett

**MATTHEW W. ROBINETT**
ASB-3523-I72M
**ATTORNEY FOR DEFENDANT**
**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of April 2021, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following Parties of Record:

M. Clayborn Williams, Esq.
Email: clay@erisacase.com

s/ *Matthew W. Robinett*
Matthew W. Robinett