FILED
2021 Apr-14 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris

Clerk

| | | |
|---|---|---|
| Nopazzo Hines | } | |
| Plaintiff | } | |
| v. | } | Case Number: 2:21 CV 366 JHE |
| | } | |
| Lincoln Life Assurance Company of Boston | } | |
| Defendant | } | |

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Anna M. Manasco. Please use case number 2:21 CV 366 AMM on all subsequent pleadings.

DATED: April 14, 2021

SHARON N. HARRIS, CLERK

By:__A. Day__________
Deputy Clerk

SNH: kam

xc: Judges
Counsel