FILED
2021 Jun-21 AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NOPAZZO HINES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:21-CV-366 AMM |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal with Prejudice.  Doc. 15.  Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear their own costs and fees.

**DONE** and **ORDERED** this 21st day of June, 2021.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE